UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Elizabeth Romero                                    Case No 16-15976-RAM
                                                    Chapter 7

_____Debtor_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order granting debtors ex-parte Motion to consolidate cases was uploaded to was sent via CM/ECF to Trustee Jacqueline Calderin, and U.S. Mail this 31st day of May, 2016 to all parties on the attached service list.

## CERTIFICATE OF ADMISISON

I FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL 33012
Tel. (305)-687-8008

By:___/s/ Robert Sanchez_____
Robert Sanchez, Esquire
FBN#0442161

1

Aspire
Po Box 105555
Atlanta, GA 30348-5555

Bk Of Amer
4909 Savarese Cir
Tampa, FL 33634

Cap One
Po Box 19360
Portland, OR 97280

Cap One
Po Box 5253
Carol Stream, IL 60197

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Cbna
Po Box 6283
Sioux Falls, SD 57117

Chase Card
Po Box 15298
Wilmington, DE 19850

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

First American Bank
700 Busse Rd
Elk Grove Vlg, IL 60007

Franklin Collection Sv
2978 W Jackson St
Tupelo, MS 38801

Mango Hill Condominium
Assoc  1, Inc.
c/o Sunshine Management
Services, Inc.
14750 NW 77th Court #114
Hialeah, FL 33016

Novastar Financial
8140 Ward Pkwy Ste 300
Kansas City, MO 64114

Novastar Financial
8140 Ward Pkwy Ste 300
Kansas City, MO 64114

Optimum Outcomes Inc
2651 Warrenville Rd Ste
Downers Grove, IL 60515

Palm Springs General Hospital
1475 West 49th Street
Hialeah, FL 33012

Roundpoint Mtg
5032 Parkway Plaza Blvd
Charlotte, NC 28217

Santander Served Setf
Po Box 91060
Mobile, AL 36691

Saxon Mortgage Service
4708 Mercantile Dr N
Fort Worth, TX 76137

Saxon Mortgage Service
4708 Mercantile Dr N
Fort Worth, TX 76137

Sst/Jpmc
4315 Pickett Rd
Saint Joseph, MO 64503

Syncb/Ford Quality Car
C/O Po Box 965036
Orlando, FL 32896

Syncb/Jcp
Po Box 965007
Orlando, FL 32896

U.S. Bank Home Mortgage
17500 Rockside Road
Bedford, OH 44146-2099

U.S. Bank Trust National
Association
c/o Kahane & Associates, P.A.
8201 Peters Road
Suite 3000
Plantation, FL 33324

Wofco
P.O. Box 991817
Mobile, AL 36691-1817

2

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899

Bk Of Amer
4909 Savarese Cir
Tampa, FL 33634

Cap One
Po Box 5253
Carol Stream, IL 60197

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

Cbna
Po Box 6283
Sioux Falls, SD 57117

Chase
Bank One Card Serv 2500
Westfield Dri
Elgin, IL 60124

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

First American Bank
700 Busse Rd
Elk Grove Vlg, IL 60007

Hsbc Bank
Po Box 9
Buffalo, NY 14240

Mango Hill Condominium Assoc
1, Inc.
c/o Sunshine Management
Services, LLC
14750 NW 77th Court #114
Hialeah, FL 33016

Roundpoint Mtg
5032 Parkway Plaza Blvd
Charlotte, NC 28217

Santander Served Setf
Po Box 91060
Mobile, AL 36691

Tnb – Target
Po Box 673
Minneapolis, MN 55440

U.S. Bank Home Mortgage
17500 Rockside Road
Bedford, OH 44146-2099

U.S. Bank Trust National
Association
c/o Kahane & Associates, P.A.
801 Peters Road
Suite 3000
Plantation, FL 33324

4